OPINION — AG — ** COUNTY JAIL, RELEASE ** A DISTRICT ATTORNEY HAS NO AUTHORITY TO ORDER THE RELEASE OF AN ARRESTEE FROM THE COUNTY JAIL WHO HAS BEEN BOOKED INTO THE JAIL. (POLICE, ARREST, JAIL, PRISON) CITE: 19 O.S. 513 [19-513], 21 O.S. 532 [21-532], 22 O.S. 209 [22-209] [22-209], 57 O.S. 48 [57-48], 57 O.S. 61 [57-61] [57-61], 57 O.S. 62 [57-62], 57 O.S. 43 [57-43] [57-43], 57 O.S. 47 [57-47], 59 O.S. 1334 [59-1334] [59-1334], OPINION NO. 80-001, OPINION NO. 81-082 (DAVID W. LEE)